**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **FRANK A. HUNT, #456031,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 26-cv-00796-JPG** |
| | ) | |
| **MAJOR GRIMES, CAPTAIN COLLINS,** | ) | |
| **SGT. MOORE, SGT. BROWN,** | ) | |
| **CAPT. STEM, GUARD HILL,** | ) | |
| **RICHARD WATSON,** | ) | |
| **ST. CLAIR COUNTY SHERIFF,** | ) | |
| **ST. CLAIR COUNTY COURTHOUSE,** | ) | |
| **ST. CLAIR COUNTY PUBLIC** | ) | |
| **DEFENDERS, KAREN CRAIG,** | ) | |
| **GREG NESTER, SATCHEL CONROY,** | ) | |
| **and MATELING TOUCH,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Plaintiff Frank Hunt and eight co-plaintiffs filed a Complaint pursuant to 42 U.S.C. § 1983 and the Federal Tort Claims Act for miscellaneous deprivations of their federal rights at St. Clair County Jail. On June 5, 2026, the Court entered a Memorandum and Order Severing Case requiring Plaintiffs to proceed with their claims in separate actions. (Doc. 1). Plaintiff Hunt was given a deadline of June 29, 2026 to notify the Court of his intentions to move forward with this severed case or request voluntary dismissal. (Docs. 4, 5). He was also ordered to file a signed Consent/Non-Consent to Proceed Before A Magistrate Judge Jurisdiction Form and prepay the $405.00 filing fee or file a Motion for Leave to Proceed *in forma pauperis* (IFP motion) by June 29, 2026. *Id*. He was warned that failure to comply with these Orders would result in dismissal of the severed case. *Id*.

Although Plaintiff Hunt filed a signed Consent/Non-Consent and therein indicated his intent to proceed, he did not pay the $405.00 filing fee or file an IFP motion. Therefore, on July 29, 2026, the Court entered an Order, which states in pertinent part:

> . . . Plaintiff is WARNED that the entire action will be DISMISSED with the obligation to pay the filing fee, UNLESS Plaintiff also takes the following action by AUGUST 12, 2026: (1) PAYS the full filing fee of $405.00; (2) FILES a properly completed IFP motion; or (3) FILES a Motion to Voluntarily Dismiss Case. . . .

(Doc. 15). Plaintiff missed the original and extended deadlines to prepay the filing fee, file an IFP motion, or seek voluntary dismissal of this action on June 29, 2026 (Docs. 4, 5) and July 29, 2026 (Doc. 15). Having failed to comply with the Court's Orders at Docs. 4, 5, and 15 or to seek an extension of time to do so, the Court deems it appropriate to dismiss the entire action without further delay.

This action is **DISMISSED** without prejudice for failure to comply with the Court's Orders (Docs. 4, 5, and 15) and for want of prosecution. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). Plaintiff's obligation to pay the filing fee for this action was incurred at the time the case was opened, so the fee of $405.00 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: August 20, 2026**

**J. PHIL GILBERT**
**United States District Judge**